1 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
2 | U.S. Department of Justice

3 | RICK WATSON
Trial Attorney, Tax Division
4 | U.S. Department of Justice
P.O. Box 683
5 | Washington, D.C. 20044

6 | *Attorneys for the United States of America*

7 | AMANDA E. LITT, ESQ.
Nevada State Bar NO. 12434
8 | RYAN LOOSVELT, ESQ.
Nevada State Bar No. 8550
9 | Litt Law Firm LLC
3202 West Charleston Boulevard
10 | Las Vegas, Nevada 89102

11 | BRIAN MCMANUS, ESQ.
*(Pro Hac Vice)*
12 | MIRIAM FISHER, ESQ.
*(Pro Hac Vice)*
13 | SHANNON C. FIEDLER, ESQ.
*(Pro Hac Vice)*
14 | Latham & Watkins LLP
555 Eleventh Street, NW
15 | Suite 1000
Washington, D.C. 20004-1304

16 | *Attorneys for Sandra J. de Forrest*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cv-3048-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| SANDRA DeFORREST, | |
| Defendant. | **(First Request)** |
| | Honorable Chief Judge Gloria M. Navarro |
| | Magistrate Judge George Foley, Jr |

In accordance with the U.S. District of Nevada, Local Rule IA 6-1, the United States of America (the "United States") and Sandra De Forrest ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Stipulation for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment (filed on May 6, 2019), to July 26, 2019. This is the first stipulation for an extension of time to file a response to said motion. For the reasons set forth in further detail below, the Parties respectfully submit that good cause exists to extend the current, scheduled response deadline.

1. Pursuant to this Court's Order granting the United States' Motion to Lift Stay and Reset Deadlines, the Dispositive Motion Deadline was reset from March 7, 2019 to May 7, 2019. See Dkt. # 25.

2. On May 6, 2019, the United States filed a Motion and Memorandum for Partial Summary Judgment. See Mot. And Mem. for Partial Summ. J. (Dkt. #26). Plaintiff's Motion requests that the "Court find, as a matter of law, that the Defendant's failure to file Form 90-22.1 ("FBAR") for 2005 was willful." See id.

3. Defendant's position is that Plaintiff's motion raises several complex legal and factual issues that are at the crux of this litigation and that significant time and resources will be required to prepare a response. The Parties have mutually agreed that, under the circumstances, the proposed extension of time for Defendant to file a response is both reasonable and appropriate.

4. Further, on May 8, 2019, the Honorable Chief Judge Gloria M. Navarro referred this matter to Magistrate Judge George W. Foley, Jr. for a settlement conference. See Dkt. #27. Judge Foley subsequently scheduled a settlement conference on June 20, 2019. See Dkt. #28.

However, due to a scheduling conflict with Plaintiff's counsel,[1] Plaintiff will be separately moving to reschedule the settlement conference to a later date.  As such, extending the current deadline for Defendant to file its response until after the anticipated settlement conference date would have the further benefit of avoiding potentially unnecessary legal work by Defendant in the event that a settlement is reached at the conference and, in the interim, would allow the parties to focus their attention on settlement efforts.

5. Throughout this litigation, the Parties have worked together diligently and collaboratively to meet each of their respective Court obligations.  As such, this requested extension will not prejudice the timely, orderly, and efficient resolution of issues.

WHEREFORE, the Parties hereby stipulate and agree to this extension of time for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment, and respectfully request that this Court grant this stipulation and extend Defendant's time to respond to said motion from the current scheduled date of May 27, 2019 to July 26, 2019.

IT IS SO STIPULATED.

Respectfully submitted this 13th day of May, 2019.

/s/ Brian C. McManus
BRIAN C. McMANUS
MIRIAM L. FISHER
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (617) 948-6016

*Attorneys for Sandra J. de Forrest*

/s/ Rick Watson
RICHARD E. ZUCKERMAN
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 353-0300

*Attorneys for the United States of America*

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

DATED this __13__ day of May, 2019.

---

[1] Plaintiff's counsel's son is scheduled to graduate from High School on that date.