1 RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-0300 (v)
202-307-0054 (f)
Rickey.Watson@usdoj.gov

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-cv-3048-GWN-DJA |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| v. ) | **AN EXTENSION OF TIME TO** |
| ) | **REPLY TO DEFENDANT'S** |
| SANDRA J. DE FORREST ) | **RESPONSE TO UNITED STATES'** |
| f/k/a SANDRA J. CONROW, ) | **MOTION FOR PARTIAL SUMMARY** |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | **(First Request)** |

In accordance with the U.S. District of Nevada, Local Rule IA 6-1, the United States of America and Defendant Sandra De Forrest ("the parties"), by and through their undersigned counsel, hereby submit this Stipulation and Order for an Extension of Time to Reply to Defendant's Response to United States' Motion for Partial Summary Judgment from August 9, 2019 until August 30, 2019. This is the first stipulation for such an extension. For the reasons set forth below, the parties submit that good cause exists for such an extension.

Stipulation and Order for Extension of
Time to Reply to Response to Motion for Partial
Summary Judgment

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-0300

1.     On February 19, 2019, this Court set a dispositive motion deadline in this case of May 7, 2019. Dkt. # 25. The United States filed a Motion for Partial Summary Judgment on May 6, 2019. Dkt. # 26. Under this Court's Local Rules, the Defendant was required to respond to the motion no later than May 27, 2019. LR 7.2.

2.     On May 13, 2019, the Court approved a stipulation of the parties extending Defendant's response date until July 26, 2019. Dkt. # 30. This stipulation was based on the complex nature of the case and other commitments of counsel.

3.     Defendant filed her response to the United States' motion on July 26, 2019. Dkt. # 34. Under this Court's Local Rules, a reply to that response is due on August 9, 2019. LR 7.2.

4.     As noted in the parties' earlier stipulation, this case involves complex issues. Defendant's response asserts numerous legal and factual disputes exist that would prevent the entry of summary judgment. The parties have mutually agreed that it is reasonable and appropriate to extend the date to file a reply to this response.

5.     The proposed extension will not impact any other deadline in this case. The parties are currently scheduled for a settlement conference on September 13, 2019. Dkt # 33. The parties are required to file a joint pretrial order on June 7, 2020. Dkt. # 25. Neither deadline will be impacted by the proposed extension. Therefore, this requested extension will not prejudice the timely, orderly, efficient resolution of this case.

WHEREFORE, the parties hereby stipulate and agree to this extension of time for the United States to reply to Defendant's Response to United States' Motion for Partial Summary Judgment, and respectfully request that this Court approve this stipulation and extend the United States' time to reply to said response from August 9, 2019 to August 30, 2019.

IT IS SO STIPULATED.

Stipulation and Order for Extension of
Time to Reply to Response to Motion for Partial
Summary Judgment

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-0300

Dated:   August 7, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

*Counsel for the United States*

AMANDA E. LITT, ESQ.
Nevada State Bar NO. 12434
RYAN LOOSVELT, ESQ.
Nevada State Bar No. 8550
Litt Law Firm LLC
3202 West Charleston Boulevard
Las Vegas, Nevada 89102

*/s/Brian C. McManus*
BRIAN C. MCMANUS, ESQ.
*(Pro Hac Vice)*
MIRIAM L. FISHER, ESQ.
*(Pro Hac Vice)*
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

*Attorneys for Sandra J. de Forrest*

IT IS SO ORDERED:

DATED this  11  day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Stipulation and Order for Extension of
Time to Reply to Response to Motion for Partial
Summary Judgment

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-353-0300